# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Martino Smith #Y16391 )
_____ )
**Plaintiff** )
)
vs. )
) Case No. _____
Todd M Nelson Mental Health Professional ) (The case number will be assigned by the clerk)
Kelly Renzi Psychologist/MHSD )
John Doe mental health treatment team )
Jane Doe Mental Health treatment team )
"et Al." )
_____ )
_____ )
_____ )
**Defendant(s)** )

SCANNED at PCC and E-Mailed
11/9/18 (date) by HT (initials)
15 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Martino Smith

   Prison Identification Number: Y16391

   Current address: 700 W. Lincoln Street
   Pontiac IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Todd M. Nelson

   Current Job Title: Qualified Mental Health Professional

   Current Work Address: 700 W. Lincoln Street
   Pontiac IL 61764

   Defendant #2:

   Full Name: Kelly Renzi

   Current Job Title: Psychologist MHSD

   Current Work Address: 700 W. Lincoln Street
   Pontiac IL 61764

   Defendant #3:

   Full Name: Jane Doe

   Current Job Title: Mental Health treatment team

2

Current Work Address  700 W. Lincoln Street
Pontiac IL 61764

Defendant #4:

Full Name: John Doe

Current Job Title: Mental Health treatment team

Current Work Address: 700 W. Lincoln Street
Pontiac IL 61764

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  South Mental Health northcellhouse health care unit

4

Date(s) of the occurrence 11-15-17 — 11-16-17 — 11-17-17 — 11-18-17

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

1# At all times relevant to this case, Plaintiff Martino Smith was on suicide watch in South mental Health / gallery, North cell house / gallery, Health Care Unit.

2# On 11-15-17 Defendant Todd M. Nelson came to Plaintiff Martino Smith cell to do Suicide follow up.

3# Todd then stated you told Ms. Howell that you were Homicidal yesterday. Plaintiff Martino answered, I was Homicidal and Suicidal.

4# Defendant Todd then Bribed and Provoked Plaintiff Martino by stating today is Shower day and you are not getting one unless you go to a 30 minute Suicide watch so we can get you off watch for me and treatment team. Todd then asked Plaintiff Martino "Why is there Blood all over your floor?" Plaintiff Martino told Todd that he cut himself last night. Todd called Martino a dumbass then left, ignoring cuts bleeding.

5# On 11-16-17 Defendant Todd came to do another Suicide watch follow up and asked Plaintiff Martino "Are you ready to come off watch Martino? I don't care about the blood on the windows we can get that cleaned up no one will know."

6# Plaintiff Martino Informed that he does not want to play games with defendant Todd.

7# Defendant Todd then became angry and threatening Plaintiff Smith by stating, "You will never Shower until you come off watch or Recieve out of cell time or mail so if you were smart you will go to a 30 minute Suicide watch what's it going to be? Defendant Martino said he wanted his Shower and was going to kill himself. Todd then left Plaintiff cell ignoring blood on windows and new open cuts leaving Plaintiff on a 15 min Suicide watch after two days of cutting and not garanteeing safty.

5

8# On 11-17-17 defendant Todd Nelson came to Plaintiff Martino cell to do another Suicide watch follow up. Todd asked Martino how are you doing. Martino Let defendant Todd know bad. And that he was seeing things, hearing voices that wasn't there. And was Homicidal and Suicidal, swallowed metal from Sprinkler inside of his cell. Ignoring Plaintiff Martino claims.

9# Defendant Todd then smirked told Plaintiff Martino "that's a bunch of Bullshit your perfectly Fine you been on Suicide watch for months It's Time you came off Suicide watch. Ignoring Plaintiff Martino Statements that he swallowed metal and suicide etc.

10# Defendant Todd then told Martino you on a 15 minute Suicide watch I can talk with Treatment team we can bend the Rules a little bit and take you off Suicide watch.

11# Plaintiff Martino then Let Defendant Todd Know that he was going to hurt himself Real Bad if he get a chance. Defendant Todd Ignored Plaintiff and made phone call to Dr. Kelly Renzi and treatment team And everydecided to take Martino off Suicide watch while being unstable, hearing voices, seeing things, Suicidal, and Homicidal And still engaging in self Injuries Behavior Repeatedly for months And these Relevant days 11-15-17 → 11-17-17

12# Defendant Todd told Martino that he was off Suicide watch and if you hurt yourself do us all a favor Kill yourself. Plaintiff Martino took advice Seriously.

13# Plaintiff Smith was taken to ninth cell house 1gallery. And that night Plaintiff Smith covered his cell so know staff will catch him harming himself And try to stop him And took a ink pen and shoved it up his penis causing pain and Injury And used a Spoon off Regular cell house tray and and shoved spoon on Top of pen to push pen deeper in penis until blood was spraying everywhere and Plaintiff was unconscious it caused pain, Injurys a swelling to Last several days.

14# On 11-18-17 ▬▬▬ in morning Approximately 9:00 Am Lieutenant Sorenson, Sereg, Foster came to Plaintiff Martino cell. Removed Martino from cell due to blood and Injurys & took Plaintiff to healthcare to be seen by Doctor Tilden medical records Attacked

15# Plaintiff talked to mental health Ball told her he was forced off Suicide watch and was put back on Imediatly. Also Plaintiff is seriously mentally ill

16# Defendant Todd M. Nelson was deliberate Indifference to a serious medical need By knowing Plaintiff Martino was unstable while on suicide watch forced Plaintiff Martino off which led to Plaintiff Self Injurious Behavior which violates Plaintiff Martino Rights Defendant Todd Actions violated Plaintiff Martino Smith Right under the eighth Amendment to the united States constitution And caused Plaintiff Pain, Suffering, Physical Injury and emotional distress.

17# Defendant Kelly Renzi was deliberate indifference to a serious medical need And failed to Protect And Intervene. And encouraged the continuation of Plaintiff Smith Martino Rights Being violated By Being mental health head supervisor and head of treatment team and forcing Plaintiff Martino off Suicide watch while unstable which led to Plaintiff Martino Smith Self Injurious Behavior Defendant Kelly Actions violated Plaintiff Martino Smith Rights under the eighth Amendment to the united States constitution And caused Plaintiff Pain, Suffering, Physical Injury And emotional Distress.

18# Defendant John Doe was deliberate Indifference to a serious medical need And failed to Protect And Intervene. and encouraged the continuation of Plaintiff Martino Smith Rights Being violated By Being mental Health, treatment team who made decision to force Plaintiff Martino Smith off Suicide watch while Being unstable which led to Plaintiff Martino Self Injurious Behavior John Doe Actions Violated Plaintiff Martino Smith Rights under the eighth Amendment to the united States constitution And caused Pain, Suffering, Physical Injury And emotional distress

19# Defendant Jane Doe was deliberate Indifference to a serious medical need And failed to Protect And Intervene and encouraged the continuation of Plaintiff Martino Smith Rights Being violated By Being mental Health treatment team who made decision to force Plaintiff Martino Smith off Suicide watch while Being unstable which led to Plaintiff Martino Smith Self Injurious Behavior Jane Doe Actions violated Plaintiff Martino Smith Rights under the eighth Amendment to the united States constitution causing Pain, Suffering, Physical Injury and emotional distress.

7.

20# Plaintiff Martino Smith has no plain Adequate or complete Remedy at law to Redress the wrong described herein. Plaintiff has been and will continue to be irreparably injured by the conducts of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

### RELIEF REQUESTED

(State what relief you want from the court.)

Wherefore, Plaintiff Martino Smith Respectfully Pray that this court enter judgement:

RH# Granting Plaintiff Martino Smith A declaration the Acts And Omissions described herein violated his Rights under the United States constitution and Laws of the United States, And A Preliminary and Permanent Injunction ordering defendants named in complaint to cease Actions toward Plaintiff, And Granting Plaintiff Martino Smith Compensatory damages in the Amount of $100,000 Against each defendant Jointly and Severally, And Granting Plaintiff Martino Smith Punitive damages in the Amount of $100,000 against each defendant Jointly and Severally. Plaintiff Seek Recovery of their cost in this suit And Any Additional Relief this court deem Just Proper and equitable.

JURY DEMAND     Yes [X]     No [ ]

Signed this _____ day of _____, 20____.

_Martin Smith_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Martin Smith | Y16391 |
| Address: P.O. Box 99 Pontiac IL 61764 | Telephone Number: 815·842·2816 |

9.